1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11   SCOTT JOHNSON,                        Case: 2:14-CV-02344-WBS-EFB

12            Plaintiff,                    **ORDER**

13       v.

14   EASTLAND PLAZA
     PARTNERSHIP;
15   YONG Q. HUANG;
     LILIAN NGUYEN;
16   JOSE VARGAS; and Does 1-10,

17            Defendants.

18

19                          **<u>ORDER</u>**

20

21       Pursuant to the stipulation of counsel, this action is hereby ordered

22   dismissed with prejudice, each party to bear their own attorneys' fees and

23   costs.

24   Dated:  June 22, 2015

25   _____

26   WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE

27

28

1

Joint Stipulation for Dismissal        Case: 2:14-CV-02344-WBS-EFB